FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2009 OCT 30 PM 12: 36
LORETTA G. WHYTE
CLERK

**SEALED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 09-177 |
| v. | * | SECTION: "N" |
| DALTON BENNETT, aka "D" <br> LANCE BENNETT <br> DANQUELL MILLER <br>   aka "Queezy", "Quee" <br> SHELLEY KNOCKUM <br> NICOLE WILLIAMS | * <br> <br> * <br> <br> * | VIOLATION: 21 U.S.C. § 841 <br> 21 U.S.C. § 846 <br> 21 U.S.C. § 843 <br> 18 U.S.C. §§924(c), 922(g) <br> 1512 |

\*       \*       \*

## MOTION AND INCORPORATED MEMORANDUM TO SEAL
## INDICMENT AND ATTACHED PAPERS

**NOW INTO COURT** comes the United States of America, appearing herein by and through the undersigned Assistant United States Attorney, who respectfully requests that the court **SEAL** the Indictment and attached papers in the above-captioned matter for the following reason:

Publication of the foregoing documents could prejudice an ongoing investigation of this matter.

In addition, the United States requests two certified copies of the indictment for its records.

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

WHEREFORE, the United States requests that the court **SEAL** the indictment and attached papers, and provide the United States with two certified copies.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

_____
MAURICE E. LANDRIEU, JR.
Assistant United States Attorney
La. Bar Roll Number 22104
Hale Boggs Federal Building
New Orleans, LA 70130
Telephone: (504) 680-3015