FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2009 OCT 30 PM 12:36
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 09-177 |
| v. | * | SECTION: "N" |
| DALTON BENNETT, aka "D" | * | VIOLATION: 21 U.S.C. § 841 |
| LANCE BENNETT | | 21 U.S.C. § 846 |
| DANQUELL MILLER | * | 21 U.S.C. § 843 |
| aka "Queezy", "Quee" | | 18 U.S.C. §§924(c), 922(g) |
| SHELLEY KNOCKUM | * | 1512 |
| NICOLE WILLIAMS | | |

* * *

**ORDER**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that the Clerk of Court, Eastern District of Louisiana, **SEAL** the indictment and attached papers in the above-captioned matter.

**IT IS HEREBY ORDERED** that the Clerk of Court, Eastern District of Louisiana, provide two certified copies of the indictment to the United States Attorney's Office for its records.

**IT IS FURTHER ORDERED** that the United States' motion, as well as this order, be also **SEALED**.

New Orleans, Louisiana, this 30th day of October, 2009.

UNITED STATES MAGISTRATE JUDGE

___ Fee ___
___ Process ___
X Dktd ___
X CtRmDep ___
___ Doc. No. ___