UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 09-177 |
| v. | * | SECTION: "N" |
| DALTON BENNETT, aka "D" | * | VIOLATION: 21 U.S.C. § 846 |
| LANCE BENNETT | | 21 U.S.C. § 841 |
| DANQUELL MILLER | * | 21 U.S.C. § 843 |
| aka "Queezy", aka "Quee" | | 18 U.S.C. § 924(c) |
| SHELLEY KNOCKUM | * | 18 U.S.C. § 1512 |
| NICOLE WILLIAMS | | 18 U.S.C. § 922(g) |

\* \* \*

## MOTION AND INCORPORATED MEMORANDUM TO UNSEAL INDICTMENT

**NOW INTO COURT** comes the United States of America, appearing herein through the undersigned Assistant United States Attorney and moves this Honorable Court to unseal the indictment and accompanying papers in the above-captioned case for the foregoing reason:

Danquell Miller, aka "Queezy", aka "Quee" has been arrested and it is not necessary for the indictment and accompanying papers to remain sealed.

New Orleans, Louisiana, this 4 day of November, 2009.

Respectfully,

JIM LETTEN
UNITED STATES ATTORNEY

*/s/ Maurice E. Landrieu, Jr.*
MAURICE E. LANDRIEU, JR.
Assistant United States Attorney
Bar Roll No. 22104
Hale Boggs Federal Building
500 Poydras Street, 2nd Floor
New Orleans, Louisiana 70130
(504) 680-3015