UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 09-177 |
| v. | * | SECTION: "N" |
| DALTON BENNETT, aka "D" | * | VIOLATION: 21 U.S.C. § 846 |
| LANCE BENNETT | | 21 U.S.C. § 841 |
| DANQUELL MILLER | * | 21 U.S.C. § 843 |
| aka "Queezy", aka "Quee" | | 18 U.S.C. § 924(c) |
| SHELLEY KNOCKUM | * | 18 U.S.C. § 1512 |
| NICOLE WILLIAMS | | 18 U.S.C. § 922(g) |

\* \* \*

## ORDER

Having considered the motion of the United States to unseal the indictment;

**IT IS HEREBY ORDERED** that the Clerk of Court for the Eastern District of Louisiana unseal the indictment in the above-captioned case.

New Orleans, Louisiana, this _____ day of November, 2009.

_____
UNITED STATES MAGISTRATE JUDGE