AO 442 (Rev.10/03) Warrant for Arrest

**RETURN**

# United States District Court

EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

V.

DANQUELL MILLER
 a/k/a Queezy
 a/k/a Quee

WARRANT FOR ARREST

CASE NUMBER: 09-177 "N"

To: The United States Marshal
 and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Danquell Miller,** 309 N. Laurel Street, Apt. C, New Orleans, LA and bring him or her forthwith to the nearest magistrate judge to answer a(n)

(X) Indictment ( ) Information ( ) Complaint ( ) Order of Court ( ) Probation Violation Petition ( ) Supervised Release Violation Petition ( ) Violation Notice

charging him or her with violations of the Federal Controlled Substances Act and the Federal Gun Control Act

in violation of Title 21 United States Code, Section(s) 846, 18:1512(k), 21:843(b)

| LORETTA G. WHYTE | CLERK |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer (By) Deputy Clerk | **October 30, 2009** New Orleans, Louisiana<br>Date and Location |

Bail fixed at $_____ by _____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED<br>10/30/2009 | NAME AND TITLE OF ARRESTING OFFICER<br>BRIAN CHAPMAN - CI DUSM | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>11/04/2009 | | |