# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL ACTION** |
| **VERSUS** | * | **NO. 09-01775** |
| **DALTON BENNETT,**  **DANQUELL MILLER** | * | **SECTION: "N"** |

## HEARING ON MOTIONS HEARD MARCH 17, 2010.

APPEARANCE(S):

    **Brian Capitelli, and Maurice Landrieu**, Assistant United States Attorneys for the government

    **Arthur A. Lemann,IV**, Esq. for defendant Dalton Bennett

    **Brian Begue,** Esq. for defendant Danquell Miller

After a review of the motions filed and the government's responses thereto and having considered the arguments of counsel, the court makes the following rulings:

**I. Motion to Compel Discovery (Rec. Doc. 83)(Miller)**
        **Government Opposition filed (Rec. Doc. 90)**

The government is hereby ordered to provide the defendant with an index or way of identifying the 28 pertinent telephone conversations recorded. In all other respects, the motion is deemed SATISFIED.

II. **Motion to Compel Disclosure of Confidential Informant (Rec. Doc. 86)(Bennett)**
**Government Opposition filed (Rec. Doc. 91)**

      The motion is hereby DENIED. The Government's response is sufficient as the Government is generally not required to disclose the identity of its informants unless defendant meets the requirements of the three-part test set forth in *Roviaro v. United States*, 353 U.S. 53 (1957). See also *United States v. De Los Santos*, 810 F.2d 1326, 1331 (5th Cir. 1987). Defendant Bennett fails to do so. Moreover, this court will not re-litigate the issue previously decided by the district court relative to whether a confidential informant was used by the government in this case. The district judge already has ruled that a confidential informant was so involved. (See Order and Reasons, Rec. Doc. 73).

      Defense objections to all adverse rulings above are noted for the record.

      New Orleans, Louisiana this 17th day of March, 2010.

                                                  LOUIS MOORE, JR.
                                                  United States Magistrate Judge

**CLERK TO NOTIFY COUNSEL**

MJSTAR: 00 :22