FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 MAR 26 AM 10: 20

LORETTA G. WHYTE
CLERK



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

### BILL OF INFORMATION TO ESTABLISH PRIOR CONVICTION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO: 09-177 |
| v. | * | SECTION: "N" |
| DANQUELL MILLER | * | VIOLATION: 21 U.S.C. § 851(a) |
| * | * | * |

The United States Attorney charges that:

### COUNT 1

On or about September 20, 2006, the defendant, **DANQUELL MILLER**, pled guilty in the State of Texas under case number 107907901010, to possession of four to two hundred grams of a controlled substance, in violation of the Texas Controlled Substances Act, Section 481.115(d), which is a felony drug offense. This conviction is now final.

Fee USA.
✓ Process
x Dktd
___ CtRmDep
___ Doc. No.

1

This bill of information is filed pursuant to the requirements of Title 21, United States Code, Section 851 (a).

JIM LETTEN
UNITED STATES ATTORNEY
Bar Roll No. 8517

JAN MASELLI MANN
Chief, Criminal Division
Assistant United States Attorney
Bar Roll No. 9020

MAURICE E. LANDRIEU, JR
Assistant United States Attorney
Bar Roll No. 22104

New Orleans, Louisiana
March 26, 2010

**CERTIFICATE OF SERVICE**
I certify that a copy of the foregoing has been served upon counsel for all parties by mailing the same to each, properly addressed and postage prepaid this 26 day of March, 2010.

Assistant United States Attorney

2

No. 09-177 "N"

# United States District Court
## FOR THE
### EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

vs.

DANQUELL MILLER

BILL OF INFORMATION TO
ESTABLISH PRIOR CONVICTION

Violation(s): 21 U.S.C. Section 851(a)

Filed _____, 20 _____

_____, Clerk.

By _____, Deputy

MAURICE E. LANDRIEU, JR.
*Assistant United States Attorney*