UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

## ORDER

Pursuant to 28 U.S.C. § 455(a), I hereby disqualify myself from the criminal docket at this time.

New Orleans, Louisiana, this _____ day of March, 2010.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

cc: CHIEF JUDGE VANCE