UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA         *     CRIMINAL DOCKET NO. 09-177

      v.                          *     SECTION: "N"

DALTON BENNETT                   *
DANQUELL MILLER
                                          *   *   *

## UNITED STATES BILL OF PARTICULARS
## FOR FORFEITURE OF PROPERTY

     **NOW INTO COURT**, comes the United States of America by and through the undersigned Assistant United States Attorney who hereby files the following Bill of Particulars.

     Through the violations of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A), 841(b)(1)(B) and 841(b)(1)(D) as alleged in Counts 1, 2, 8 and 9 of the Superseding Indictment pursuant to Title 21, United States Code, Section 853, the United States seeks forfeiture of the following property, including but not limited to:

               $1,026 U.S. Currency, seized from
               Danquell Miller.

Through the violations of Title 18, United States Code, Sections 924(c)(1)(A), 924(a)(2) and 922(g)(1), as alleged in Counts 3, 4 and 5 of the Superseding Indictment pursuant to Title 18, United States Code, Section 924(d)(1), made applicable through Title 28, United States Code, Section 2461(c), the United States seeks forfeiture of the following properties, including but not limited to:

>Smith and Wesson, .40 caliber Pistol, bearing Serial Number: RAW3436, seized from Dalton Bennett;
>
>14 rounds of ammunition, seized from Dalton Bennett.

>Respectfully submitted,
>
>JIM LETTEN
>UNITED STATES ATTORNEY
>
>
>s/ Andre J. Lagarde
>ANDRE J. LAGARDE         (28649)
>Assistant United States Attorney
>Hale Boggs Federal Bldg.
>500 Poydras Street, Room B210
>New Orleans, LA   70130
>Telephone: (504) 680-3130
>Andre.Lagarde@usdoj.gov

## **CERTIFICATE OF SERVICE**

       I hereby certify that on May 24, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

                                        s/ Andre J. Lagarde
                                        ANDRE J. LAGARDE
                                        Assistant United States Attorney