UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DANQUELL MILLER      CASE NO. 09-177 N(5)
V
UNITED STATES OF AMERICA

MOTION FOR REDUCTION OF SENTENCE IN LIGHT OF AMENDMENT 782 (MINUS-2) PURSUANT TO 3582(c)(2)

    NOW COMES INTO COURT acting Pro-se movant DANQUELL MILLER asking this honorable court to entertain and grant said motion. This court has jurisdiction to do so pursuant to U.S.C 1291 & 3742. Movant declares that this district court should grant his request for relief in light of Amendment 782( Drugs Minus-2) pursuant to 3582(c)(2) in light of Amendment 782.

Procedural and Factual History
Movant was charged in a superseding indictment with conspiring to possess with the intent to distribute 50-grams or more of crack cocaine and a quantity of marijuana in violation of 841(a), 841(b)(1)(A), 841(b)(1)(D), and 846 and conspiring to obstruct justice, or impede and official proceeding in violation of 1512(c)(2).
 On June 4, 2010, Movant was convicted on counts-1 & 6 and was sentenced to 300-months, but was convicted before the FSA of 2010 was enacted and was sentenced to the 100:1 ratio. According to Rec. Docs.317,326,on January 22, 2012 Movant's motion to be resentenced was granted in part and set for resentencing on in light of S,Ct. ruling of Dorsey.
On December 30, 2012, The government filed a motion into court asking that they reconsider lowering Movant's sentence in light of Dorsey, 132 S.Ct 2321 (2012) and FSA of 2010. On February 5th, 2013, the government's motion was granted and movant's sentencing hearing was cancelled. They stated that movant's sentence would remain the same and now movant ask that he be granted a 2-point reduction in light of Amendment 782.

TENDERED FOR FILING

OCT 21 2015

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CRmDep_____
___ Doc. No._____

①

In 2014, Amendment 782 was enacted for all non-violent drug offenses giving the district court discretion to lower a defendant's sentence. As of right now movant is still serving a prison term under a statue(100:1) that as deemed racially unjust. Movant was sentenced to a total of 300-months beyond his 240 month mandatory minimum declaring movant eligible for a 2-point reduction (minus-2),in light of Amendment 782. As of right now movant's guideline range is 168-210 months for count-six(obstruction of justice). This offense is solely based on the amount of drugs and movant was given 210-months for this offense. Therefore,movant is entitled to a sentence reduction (in part) in light of Amendment 782 pursuant to 3582(c)(2).

    3582(c)(2) states that a defendant may be granted a sentence reduction if the guideline range has been lowered by the Sentencing Commission and this has happened. Movant's guilty verdict of count-six is a guideline sentence which derived from a drug quantity and is warranted for a reduction. In light of this reduction movant's new guideline range would be 135-168 months.

    3553 Factors Post Rehabilitation

The factors set forth in U.S.C. 3553(a) include (1) the nature and circumstance of the offense and the history and characteristics of the defendant;(2) the need to reflect the seriousness of the offense, to promote respect for the law, and provide just punishment for the offense;(3) the need for deterrence;(4) the need to protect the public;(5) the need to provide the defendant with educational, vocational, or medical care;(6) the kinds of sentence available;(7) the U.S. Sentencing Commission Manual Guide;(8)pertinent policy statements of the U.S. Sentencing Commission;(9) the need to avoid unwarranted sentencing disparities;(10) the need to provide restitution to victims.

When Movant was sentenced the courts took into consideration movant's 3553 factors and now movant ask this court to consider them now. At the same time, to reduce his sentence in light of the sentencing disparity that has plagued the sentence he's serving which is the 100:1 ratio. Since movant's be incarcerated he's taken the time educate himself to be a better person in society. See Attachments.

## CONCLUSION

Movant humbly request that this honorable court grant his reduction which is solely based on count-six which is a guideline sentence. Also take into consideration the unwarranted sentence that he continue to serve in light of the 100:1 ratio.Movant thanks this court in advance.

BY:
DANQUELL MILLER
REGISTER NO.
31274-034

10-15-15



PROOF OF FILING AND SERVICE BY INMATE

I declare under penalty and perjury pursuant to Fed. R. App.P. Rule 25(a)(2)(c) and Houston v. Lack 487 U.S. 266 (1988), that on October 15th, 2015, I mailed this motion 3582(c)(2) with First Class U.S. Postage Prepaid and properly address to:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
HALE BOGGS FEDERAL BUILDING
UNITED STATES DISTRICT JUDGE
HONORABLE JUDGE KURT D. ENGLEHARDT
500 POYDRAS STREET SECTION "N-5"
NEW ORLEANS, LOUISIANA 70130

DANQUELL MILLER *Danquell miller*
REGISTER NO. 31254-034
YAZOO FEDERAL COMPLEX (LOW)
P.O.BOX 5000 A-3
YAZOO,MS. 39194

10-15-15

(3)

Danguell Miller 31274-034  
Federal Corection Complex  
P.O.Box 5000  
Yazoo City, Ms. 39194

⇔31274-034⇔  
Clerk Of Court  
500 Poydras ST. Sec.N-5  
NEW Orleans, LA 70130  
United States

