UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 09-177 |
| DANQUELL MILLER | SECTION "N" |

**O R D E R**

Considering the "Motion for Reduction of Sentence in Light of Amendment 782 (Minus-2) Pursuant to 3582(c)(2)" (Rec. Doc. 389);

**IT IS ORDERED** that the Motion is hereby **REFERRED** to the 782 Screening Committee for review.

New Orleans, Louisiana, this 4th day of January, 2016.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**KURT D. ENGELHARDT**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**