**MINUTE ENTRY**
**LEMELLE, J.**
**January 9, 2019**

JS10(00:14)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**                       **CRIMINAL ACTION**

**VERSUS**                                         **NO. 09-177**

**DANQUELL MILLER**                                **SECTION: "B"**


On this date, a status conference was held. Counsel for the Government, Kevin Boitmann, and Counsel for Defendant Miller, Gary Schwabe, were in attendance. Among other matters, discussions were held on substantive changes in sentencing guidelines, post-sentencing conduct of Defendant Miller, status of Co-Defendants' sentences, and procedures for the hearing to be held on February 7, 2019. Parties continue to agree on Defendant Miller's eligibility for the new and lower guideline range of imprisonment; however, they disagree on whether that guideline change should lead to a change in the actual 300-month sentence previously imposed by Judge Engelhardt. Other than BOP's most recent review of Miller's compliance with prison rules and programs, there is no need for further development of the existing court record. Parties

expect to be prepared to proceed with the hearing as scheduled, along with Miller's participation in same be video conference.

New Orleans, Louisiana, this 9th day of January, 2019.

_____
SENIOR UNITED STATES DISTRICT JUDGE