UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                       NUMBER: 09-177

DANQUELL MILLER                              SECTION: "B"

### ORDER

In view of today's hearing, Defendant Danquell Miller's pro se filed motion for reduction of sentence is hereby **DISMISSED** as **MOOT** (Rec. Doc. 389). A separate order and reasons have been issued resolving all re-sentencing issues.

New Orleans, Louisiana, this 13th day of February, 2019

_____
SENIOR UNITED STATES DISTRICT JUDGE